IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STEVEN HAYWARD,

       Petitioner,

v.

                         Case No.  5D22-1750
                         LT Case No. 2011-CF-010168-A-O

STATE OF FLORIDA,

       Respondent.

_____/

Opinion filed August 5, 2022

Petition for Belated Appeal
A Case of Original Jurisdiction.

Rachael E. Reese, of
O'Brien Hatfield Reese, PA,
Tampa, for Petitioner.

No Appearance for Respondent.

PER CURIAM.

      The petition for belated appeal is granted.  A copy of this opinion shall

be filed with the trial court and be treated as the notice of appeal from the

February 25, 2022 order denying motion for postconviction relief filed in

Case 2011-CF-010168-A-O, Orange County, Florida.  See Fla. R. App. P.

9.141(c)(6)(D).

PETITION GRANTED.

SASSO, NARDELLA and WOZNIAK, JJ., concur.